# Third District Court of Appeal

## State of Florida

Opinion filed February 10, 2021.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D20-790
Lower Tribunal No. 19-36897
_____


**Milagros Rodriguez,**
Appellant,

vs.

**Alberto Carvalho, et al.,**
Appellees.


An Appeal under Florida Rule of Appellate Procedure 9.315(a) from the Circuit Court for Miami-Dade County, Alan Fine, Judge.

Milagros Rodriguez, in proper person.

Walter J. Harvey, School Board Attorney, and Jeff James, Assistant School Board Attorney, for appellees.


Before LINDSEY, MILLER and GORDO, JJ.

PER CURIAM.

Upon consideration of the initial brief and finding no preliminary basis for reversal has been demonstrated, the order below is summarily affirmed pursuant to Florida Rule of Appellate Procedure 9.315(a).

Appellant's motion to strike and Appellee's motion to strike are hereby deemed moot.

Affirmed.